# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-3333
_____

Brock Meeler

*Plaintiff - Appellant*

v.

LVNV Funding, LLC; Hosto & Buchan, PLLC; Brien Saputo, Individually

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: July 7, 2016
Filed: July 15, 2016
[Unpublished]

_____

Before COLLOTON, GRUENDER, and KELLY, Circuit Judges.

_____

PER CURIAM.

Brock Meeler appeals the district court's[1] dismissal of his complaint under the Federal Debt Collection Practices Act.  Upon de novo review, we conclude that the

_____

[1]The Honorable Billy Roy Wilson, United States District Judge for the Eastern District of Arkansas.

dismissal was proper, for the reasons stated by the district court.  See H & Q Properties, Inc. v. Doll, 793 F.3d 852, 855 (8th Cir. 2015) (court reviews de novo district court's grant of motion to dismiss).

The judgment is affirmed.  See 8th Cir. R. 47B.

_____